Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
T: (510) 350-7517
F: (510) 350-7359
kennedy@helmlawoffice.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., a minor, by and through her guardian ad litem, Terri Williams Park, individually and as successor in interest to JONAS ALEXANDER PARK, Deceased; and TERRI WILLIAMS PARK, individually,<br><br>vs.<br><br>ALAMEDA COUNTY, a municipal corporation; GREGORY J. AHERN, Alameda County Sheriff-Coroner; KARYN L. TRIBBLE, PsyD, LCSW, Director, Alameda County Behavioral Health Care Services Agency; JEFFREY SEAL, M.D., Lead Psychiatrist for Alameda County Behavioral Health Care Services Agency's Adult Forensic Behavioral Health; JENNIFER L. SELLS, Alameda County Sheriff's Sergeant; MARC R. SOPOLOW, LESLIE A. GERBACIO, PRENTICE J. HOWARD, REGINAL D. AARON, RUBEN POLA, Alameda County Sheriff's Deputies; NAPOLEON M. TERRELL, Alameda County Sheriff's Technician; WELLPATH, LLC, a Delaware | **Case No. 4:22-cv-01817-DMR**<br><br>**STIPULATION AND ORDER (AS MODIFIED) TO CONTINUE BOTH THE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND THE DEADLINES IN THE ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (ECF NO. 4 )** |

| | |
|---|---|
| 1 | corporation; KIP HALLMAN, President; ) |
| | JORGE DOMINICIS, C.E.O.; THOMAS ) |
| 2 | PANGBURN, M.D., Chief Clinical Officer; ) |
| | MARIA MAGAT, M.D., Medical Director; ) |
| 3 | SZILVIA MOLITORISZ, M.D., Medical ) |
| | Director; EVELYN HIRSCH, R.N.; STELLA ) |
| 4 | LEWIS, R.N.; RAJBINDER MAND, L.V.N.; ) |
| | FELICIDAD C. RAMILO, L.V.N.; CELA ) |
| 5 | BARRON, R.N.; HARVIN FERRER, R.N.; ) |
| | ROSALYN WILLIAMS, L.V.N.; CHISA ) |
| 6 | EARL, L.V.N.; HECTOR LUZ, R.N.; ) |
| 7 | HARPREET K. SIDHU, L.V.N.; JHARANA ) |
| | SHREESH, R.N.; H. SINGH, R.N.; ) |
| 8 | MICHELL TADEO, L.V.N.; individually, and ) |
| | DOES 1–30, individually, jointly and ) |
| 9 | severally, ) |
| 10 | ) |
| | Defendants. ) |
| 11 | ) |

Plaintiffs, K.C., a minor, by and through her proposed Guardian Ad Litem ("GAL") and paternal grandmother Terri Williams Park, who brings suit in her individual capacity and as successor-in-interest to Decedent Jonas Alexander Park; and Terri Williams Park, who brings suit in her individual capacity; and Defendants, Wellpath, LLC; Kip Hallman; Jorge Dominicis; Thomas Pangburn, M.D.; Maria Magat, M.D.; Szilvia Molitorisz, M.D. Evelyn Hirsch, R.N.; Stella Lews, R.N.; Rajbinder Mand, L.V.N.; Felicidad C. Ramilo, L.V.N.; Cela Barron, R.N.; Harvin Ferrer, R.N.; Rosalyn Williams, L.V.N.; Chisa Earl, L.V.N.; Hector Luz, R.N.; Harpreet K. Sidhu, L.V.N.; Jharana Shreesh, R.N.; H. Singh, R.N.; and Michell Tadeo, L.V.N. (collectively referred to as "Wellpath Defendants"); and Defendants, County of Alameda; Gregory J. Ahern; Jennifer L. Sells; Marc R. Solopow; Leslie A. Gerbacio; Prentice J. Howard; Reginal D. Aaron; Ruben Pola; Napoleon M. Terrell; Karyn L. Tribble, PsyD, LCSW; and Jeffrey Seal, M.D. (collectively referred to as "Alameda County Defendants"); all through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

## RECITALS

A.  On March 22, 2022, Plaintiffs filed this lawsuit. *See* ECF No. 1.

B.  On March 24, 2022, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines. *See* ECF No. 4. The Order set the following dates/deadlines: June 8, 2022 as the last day to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan, required by Fed. R. Civ. P. 26(f); June 22, 2022, as the last day to file Rule 26(f) report, complete or state objections in Rule 26(f) report and file Case Management Conference Statement; and June 29, 2022, at 1:30 p.m., for the Initial Case Management Conference.

C.  On May 12, 2022, Plaintiffs served the summons, complaint, and supplementary materials on Defendants County of Alameda and Karyn L. Tribble, PsyD, LCSW, and these Defendants must answer or otherwise respond to the Complaint by June 2, 2022. *See* ECF Nos. 12, 23.

STIP. & ORD. (AS MODIFIED) TO CONTINUE DEADLINES FOR RESPONSIVE PLEADING & ORDER SETTING CMC & ADR DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

3

D. On May 13, 2022, Plaintiffs served the summons, complaint, and supplementary materials on the following Alameda County Defendants: Gregory J. Ahern; Jennifer L. Sells; Marc R. Solopow; Leslie A. Gerbacio; Prentice J. Howard; Reginal D. Aaron; Ruben Pola; and Napoleon M. Terrell, and these Defendants must answer or otherwise respond to the Complaint by June 3, 2022. *See* ECF Nos. 15, 21, 25, 24, 29, 31, 33, and 28.

E. On May 13, 2022, Plaintiffs served the summons, complaint, and supplementary materials on the following Wellpath Defendants: Evelyn Hirsch, R.N.; Rajbinder Mand, L.V.N.; Harvin Ferrer, R.N.; Chisa Earl, L.V.N.; Hector Luz, R.N.; Harpreet K. Sidhu, L.V.N.; Jharana Shreesh, R.N.; H. Singh, R.N.; and Michell Tadeo, L.V.N. *See* ECF Nos. 11, 12, 13, 16, 17, 18, 19, 22, 26, 27, and 30. These Defendants' responsive pleading is currently due on or before June 3, 2022. *See* ECF Nos. 11, 12, 13, 16, 17, 18, 19, 22, 26, 27, and 30.

F. On May 16, 2022, Plaintiffs served the summons, complaint, and supplementary material on Defendant Wellpath, LLC. *See* ECF No. 36. Defendant Wellpath, LLC's responsive pleading is currently due on June 6, 2022. *See* ECF No. 36.

G. On May 21, 2022, Plaintiffs served the summons, complaint, and supplementary Material on Wellpath Defendants Kip Hallman; Jorge Dominicis; and Thomas Pangburn. M.D. *See* ECF Nos. 37–38. These Defendants' responsive pleading is currently due on June 13, 2022. *See* ECF Nos. 37–38.

H. Plaintiffs have not yet successfully served the following Wellpath Defendants, who no longer work at the Santa Rita Jail: Szilvia Molitorisz, M.D.; Stella Lewis, R.N.; Felicidad C. Ramilo, L.V.N.; Cela Barron, R.N.; or Rosalyn Williams, L.V.N. *See* ECF Nos. 10, 14, 32, 34 and 35.

I. On May 26, 2022, Plaintiffs' counsel spoke by phone with Defendants' counsel, Mr. Cardinale, who represents Defendant Wellpath, LLC, and the individual Wellpath Defendants. Mr. Cardinale will be seeking authority to accept service of process for the as-yet unserved individual Wellpath Defendants. If authority is not granted, personal service will be attempted.

STIP. & ORD. (AS MODIFIED) TO CONTINUE DEADLINES FOR RESPONSIVE PLEADING & ORDER SETTING CMC & ADR DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

4

J. Defendants' counsel left his prior law firm on or about May 23, 2022, and is still in the startup phase of his law firm, Medical Defense Law Group.

K. Therefore, to accommodate Defendants' counsel in setting up his new law firm, the Parties stipulate to extend the time for all Wellpath Defendants to move, plead, or otherwise respond to the Complaint from the current deadlines up to and including July 6, 2022.

L. If any Wellpath Defendant files a motion to dismiss, Defendants' counsel stipulates to meet and confer with Plaintiffs' counsel five days in advance of filing the motion to see if any alleged infirmity of the Complaint may be resolved without motion practice. In the event that any Wellpath Defendant files a motion to dismiss the Complaint, the Parties agree that the moving Wellpath Defendant(s) will notice the motion sufficiently in the future to allow Plaintiffs to have thirty days from the date of the filing of the motion in which to file their Opposition. The Wellpath Defendants' Reply will be due seven days after the filing of Plaintiffs' Opposition. The parties hereby stipulate to this briefing schedule, in the event a Rule 12(b)(6) motion to dismiss is filed by any Wellpath Defendant.

M. On May 31, 2022, Plaintiffs' counsel spoke with Mr. Timothy P. Murphy of Edrington, Schirmer & Murphy LLP, who represents Defendant County of Alameda, and will be representing the individual Alameda County Defendants. Mr. Murphy proposed that Defendant County of Alameda file its answer to the Complaint within a week or so of June 2, 2022, and he further proposed that the rest of the Alameda County Defendants would answer the Complaint sometime after an early settlement conference with a United States Magistrate Judge.

## STIPULATION

Given the foregoing, the Parties respectfully request that the Court grant the Parties' stipulation, including by modifying its Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 4) as follows:

//

//

STIP. & ORD. (AS MODIFIED) TO CONTINUE DEADLINES FOR RESPONSIVE PLEADING & ORDER SETTING CMC & ADR DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

5

| Matter | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Last day for County of Alameda to answer the Complaint | June 2, 2022 | June 9, 2022 |
| Last day for Wellpath Defendants to file responsive pleading to Complaint | Various | July 6, 2022 |
| If a Wellpath Defendant files a motion to dismiss, then Plaintiffs' opposition is due | N/A | August 5, 2022 (or 30 days after the motion was filed) |
| Last day to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan, required by Fed. R. Civ. P. 26(f) | June 8, 2022 | September 8, 2022 |
| Last day to file Rule 26(f) report, complete or state objections in Rule 26(f) report and file Case Management Conference Statement | June 22, 2022 | September 22, 2022 |
| Initial Case Management Conference | June 29, 2022, 1:30 p.m. | September 29, 2022, 1:30 p.m. |
| Last day for County of Alameda individual Defendants to answer the Complaint | Various | 10 days after an early settlement conference |

Respectfully submitted,

Dated: 06/02/2022

**THE LAW OFFICE OF SANJAY S. SCHMIDT**
**-and-**
**HELM LAW OFFICE, PC**

*/s/ T. Kennedy Helm, IV*
By: T. Kennedy Helm, IV
Attorneys for Plaintiffs

Dated: 06/02/2022

**MEDICAL DEFENSE LAW GROUP**

*/s/ Paul A. Cardinale\**
By: Paul A. Cardinale
Attorneys for Wellpath Defendants

STIP. & ORD. (AS MODIFIED) TO CONTINUE DEADLINES FOR RESPONSIVE PLEADING & ORDER SETTING CMC & ADR DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

6

| | |
|---|---|
| Dated: 06/02/2022 | **EDRINGTON, SCHIRMER & MURPHY LLP** |
| | */s/ Timothy P. Murphy*<br>By: Timothy P. Murphy<br>Attorneys for Alameda County Defendants |

*Mr. Cardinale and Mr. Murphy each gave his consent that this document be filed via CM-ECF.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

STIP. & ORD. (AS MODIFIED) TO CONTINUE DEADLINES FOR RESPONSIVE PLEADING & ORDER SETTING CMC & ADR DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

7

## ORDER (AS MODIFIED)

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows:

The Court finds the Parties have shown good cause for the relief their Stipulation requests.

THEREFORE, the relief the parties request is GRANTED, and the modified dates are as follows:

| Matter | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Last day for County of Alameda to answer the Complaint | June 2, 2022 | June 9, 2022 |
| Last day for Wellpath Defendants to file responsive pleading to Complaint | June 6, 2022 and June 13, 2022 | July 6, 2022 |
| If a Wellpath Defendant files a motion to dismiss, then Plaintiffs' opposition is due | N/A | August 5, 2022 (or 30 days after the motion was filed) |
| Last day to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan, required by Fed. R. Civ. P. 26(f) | June 8, 2022 | September 8, 2022 |
| Last day to file Rule 26(f) report, complete or state objections in Rule 26(f) report and file Case Management Conference Statement | June 22, 2022 | September 28, 2022 |
| Initial Case Management Conference | June 29, 2022, 1:30 p.m. | October 5, 2022, 1:30 p.m. in Oakland, by Videoconference only |
| Last day for County of Alameda individual Defendants to answer the Complaint | Various | 10 days after an early settlement conference |

Dated: June ___, 2022

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIP. & ORD. (AS MODIFIED) TO CONTINUE DEADLINES FOR RESPONSIVE PLEADING & ORDER SETTING CMC & ADR DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

8