Sanjay S. Schmidt (SBN 247475)
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
ss@sanjayschmidtlaw.com

T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
T: (510) 350-7517
F: (510) 350-7359
kennedy@helmlawoffice.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.C., a minor, by and through her guardian ad litem, Terri Williams Park, individually and as successor in interest to JONAS ALEXANDER PARK, Deceased; and TERRI WILLIAMS PARK, individually,<br><br>vs.<br><br>ALAMEDA COUNTY, a municipal corporation; GREGORY J. AHERN, Alameda County Sheriff-Coroner; KARYN L. TRIBBLE, PsyD, LCSW, Director, Alameda County Behavioral Health Care Services Agency; JEFFREY SEAL, M.D., Lead Psychiatrist for Alameda County Behavioral Health Care Services Agency's Adult Forensic Behavioral Health; JENNIFER L. SELLS, Alameda County Sheriff's Sergeant; MARC R. SOPOLOW, LESLIE A. GERBACIO, PRENTICE J. HOWARD, REGINAL D. AARON, RUBEN POLA, Alameda County Sheriff's Deputies; NAPOLEON M. TERRELL, Alameda County Sheriff's Technician; WELLPATH, LLC, a Delaware corporation; KIP HALLMAN, President; | **Case No. 4:22-cv-01817-DMR**<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AS SET FORTH IN THE AMENDED ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE (ECF NOS. 4, 41)** |

STIP. & ORD. TO CONTINUE INITIAL CMC AND ASSOCIATED DEADLINES
*K.C, et al. v. County of Alameda, et al.*
No. 4:22-cv-01817-DMR

| | |
|---|---|
| JORGE DOMINICIS, C.E.O.; THOMAS PANGBURN, M.D., Chief Clinical Officer; MARIA MAGAT, M.D., Medical Director; SZILVIA MOLITORISZ, M.D., Medical Director; EVELYN HIRSCH, R.N.; STELLA LEWIS, R.N.; RAJBINDER MAND, L.V.N.; FELICIDAD C. RAMILO, L.V.N.; CELA BARRON, R.N.; HARVIN FERRER, R.N.; ROSALYN WILLIAMS, L.V.N.; CHISA EARL, L.V.N.; HECTOR LUZ, R.N.; HARPREET K. SIDHU, L.V.N.; JHARANA SHREESH, R.N.; H. SINGH, R.N.; MICHELL TADEO, L.V.N.; individually, and DOES 1–30, individually, jointly and severally,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

STIP. &  ORD. TO CONTINUE INITIAL CMC AND ASSOCIATED DEADLINES
*K.C, et al. v. County of Alameda, et al.*
No. 4:22-cv-01817-DMR

Plaintiffs, K.C., a minor, by and through her Guardian Ad Litem ("GAL") and paternal grandmother Terri Williams Park, who brings suit in her individual capacity and as successor-in-interest to Decedent Jonas Alexander Park; and Terri Williams Park, who brings suit in her individual capacity; and Defendants, Wellpath, LLC; Kip Hallman; Jorge Dominicis; Thomas Pangburn, M.D.; Maria Magat, M.D.; Szilvia Molitorisz, M.D. Evelyn Hirsch, R.N.; Rajbinder Mand, L.V.N.; Harvin Ferrer, R.N.; Chisa Earl, L.V.N.; Hector Luz, R.N.; Harpreet, K. Sidhu, L.V.N.; Jharana Shreesh, R.N.; H. Singh, R.N.; and Michell Tadeo, L.V.N. (collectively referred to as "Wellpath Defendants"); and Defendants County of Alameda; Gregory J. Ahern; Jennifer L. Sells; Marc R. Solopow; Leslie A. Gerbacio; Prentice J. Howard; Reginal D. Aaron; Ruben Pola; Napoleon M. Terrell; and Karyn L. Tribble, PsyD, LCSW (collectively referred to as "Alameda County Defendants"); all through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

## RECITALS

A. On March 24, 2022, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines. ECF No. 4. The Order set the following dates/deadlines: June 8, 2022 as the last day to meet and confer regarding initial disclosures, early settlement, ADR process, and a discovery as plan, required by Fed. R. Civ. P. 26(f), and to file ADR Certifications signed by Parties and Counsel; June 22, 2022, as the last day to file Rule 26(f) report, complete or state objections in Rule 26(f) report and file Case Management Conference Statement; and June 29, 2022, at 1:30 p.m., for the Initial Case Management Conference.

B. On June 30, 2022, this Court approved the parties' stipulation and set the following dates/deadlines: September 8, 2022 as the last day to meet and confer regarding initial disclosures, early settlement, ADR process, and a discovery plan as required by Fed. R. Civ. P. 26(f), and to file ADR Certifications signed by Parties and Counsel; September 28, 2022 as the last day to file the Rule 26(f) report, complete initial disclosures or state

STIP. & ORD. TO CONTINUE INITIAL CMC AND ASSOCIATED DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

3

objections in the Rule 26(f) report, and file the Case Management Conference Statement; and October 5, 2022 for the initial case management conference. ECF No. 41.

C. On June 30, 2022, this matter was set for an early settlement conference, to be held on September 29, 2022, before Magistrate Judge Beeler. ECF No. 50.

D. If this matter does not settle, the individual County defendants will file a responsive pleading to the Complaint ten days later, on or before October 9, 2022. ECF No. 41. The Wellpath Defendants will file a responsive pleading on behalf of all defendants on or before October 14, 2022. ECF No. 63.

E. In light of the foregoing, and to conserve judicial resources, attorneys' fees, and costs in the event that the matter does settle on September 29, 2022, the parties respectfully request that the deadlines in ¶ B, above, be continued by about 30 days each.

## STIPULATION

Given the foregoing, the Parties respectfully request that the Court grant the Parties' stipulation, including by modifying its Order Setting Initial Case Management Conference and ADR Deadlines (ECF Nos. 4, 41) as follows:

| Matter | Prior Date/Deadline | New Date/Deadline |
|---|---|---|
| Last day to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan, required by Fed. R. Civ. P. 26(f), and file ADR Certifications signed by Parties and Counsel | September 8, 2022 | October 12, 2022 |
| Last day to file Rule 26(f) report, complete or state objections in Rule 26(f) report and file Case Management Conference Statement | September 28, 2022 | October 26, 2022 |
| Initial Case Management Conference | October 5, 1:30 p.m., in Oakland, by Videoconference only | November 2, 1:30 p.m., in Oakland, by Videoconference only |

STIP. &ORD. TO CONTINUE INITIAL CMC AND ASSOCIATED DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

4

Respectfully submitted,

Dated: August 17, 2022           **THE LAW OFFICE OF SANJAY S. SCHMIDT**
                                 -and-
                                 **HELM LAW OFFICE, PC**

                                 */s/ T. Kennedy Helm, IV*
                                 By: T. Kennedy Helm, IV
                                 Attorneys for Plaintiffs


Dated: August 17, 2022           **MEDICAL DEFENSE LAW GROUP**

                                 */s/ Paul A. Cardinale\**
                                 By: Paul A. Cardinale
                                 Attorneys for Wellpath Defendants


Dated: August 17, 2022           **EDRINGTON, SCHIRMER & MURPHY LLP**

                                 */s/ Timothy P. Murphy\**
                                 By: Timothy P. Murphy
                                 Attorneys for Alameda County Defendants

*Mr. Cardinale and Mr. Murphy each gave his consent that this document be filed via CM-ECF.

## ORDER

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows:

The Court finds the Parties have shown good cause for the relief their Stipulation requests.

THEREFORE, the relief the parties request is GRANTED, and the modified dates are as follows:

| Matter | Prior Date/Deadline (ECF No. 41) | New Date/Deadline |
|---|---|---|
| Last day to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan, required by Fed. | September 8, 2022 | October 12, 2022 |

STIP. &ORD. TO CONTINUE INITIAL CMC AND ASSOCIATED DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

5

| | | |
|---|---|---|
| R. Civ. P. 26(f), and file ADR Certifications signed by Parties and Counsel | | |
| Last day to file Rule 26(f) report, complete or state objections in Rule 26(f) report and file Case Management Conference Statement | September 28, 2022 | October 26, 2022 |
| Initial Case Management Conference | October 5, 1:30 p.m., in Oakland, by Videoconference only | November 2, 1:30 p.m., in Oakland, by Videoconference only |

**IT IS SO ORDERED.**

Dated: August 18, 2022

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

STIP. & ORD. TO CONTINUE INITIAL CMC AND ASSOCIATED DEADLINES
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

6