1  Sanjay S. Schmidt (SBN 247475)
   LAW OFFICE OF SANJAY S. SCHMIDT
2  1388 Sutter Street, Suite 810
   San Francisco, CA 94109
3  T: (415) 563-8583
   F: (415) 223-9717
4  ss@sanjayschmidtlaw.com

5  T. Kennedy Helm, IV (SBN 282319)
   HELM LAW OFFICE, PC
6  644 40th Street, Suite 305
   Oakland, CA 94609
7  T: (510) 350-7517
   F: (510) 350-7359
8  kennedy@helmlawoffice.com

9  *Attorneys for Plaintiffs*

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  K.C., a minor, by and through her guardian ad )    **Case No. 4:22-cv-01817-DMR**
    litem, Terri Williams Park, individually and as )
15  successor in interest to JONAS                  )  **STIPULATION AND ORDER (AS**
    ALEXANDER PARK, Deceased; and TERRI            )  **MODIFIED) TO CONTINUE**
16  WILLIAMS PARK, individually,                    )  **FURTHER CASE MANAGEMENT**
                                                     )  **CONFERENCE**
17            vs.                                    )
                                                     )
18  ALAMEDA COUNTY, a municipal                      )
    corporation; GREGORY J. AHERN, Alameda )
19  County Sheriff-Coroner; KARYN L.                 )
    TRIBBLE, PsyD, LCSW, Director, Alameda )
20  County Behavioral Health Care Services           )
    Agency; JEFFREY SEAL, M.D., Lead                )
21  Psychiatrist for Alameda County Behavioral )
    Health Care Services Agency's Adult Forensic )
22  Behavioral Health; JENNIFER L. SELLS,            )
    Alameda County Sheriff's Sergeant; MARC )
23  R. SOPOLOW, LESLIE A. GERBACIO,                  )
    PRENTICE J. HOWARD, REGINAL D.                   )
24  AARON, RUBEN POLA, Alameda County )
    Sheriff's Deputies; NAPOLEON M.                  )
25  TERRELL, Alameda County Sheriff's                )
    Technician; WELLPATH, LLC, a Delaware )
26  corporation; KIP HALLMAN, President; )
27

28  STIP. & ORDER TO CONTINUE FURTHER CMC
    *K.C, et al. v. County of Alameda, et al.*
    No. 4:22-cv-01817-DMR

JORGE DOMINICIS, C.E.O.; THOMAS )
PANGBURN, M.D., Chief Clinical Officer; )
MARIA MAGAT, M.D., Medical Director; )
SZILVIA MOLITORISZ, M.D., Medical )
Director; EVELYN HIRSCH, R.N.; STELLA )
LEWIS, R.N.; RAJBINDER MAND, L.V.N.; )
FELICIDAD C. RAMILO, L.V.N.; CELA )
BARRON, R.N.; HARVIN FERRER, R.N.; )
ROSALYN WILLIAMS, L.V.N.; CHISA )
EARL, L.V.N.; HECTOR LUZ, R.N.; )
HARPREET K. SIDHU, L.V.N.; JHARANA )
SHREESH, R.N.; H. SINGH, R.N.; )
MICHELL TADEO, L.V.N.; individually, and )
DOES 1–30, individually, jointly and )
severally, )
)
                    Defendants. )
)
───────────────────────────── )

1    Plaintiffs, K.C., a minor, by and through her Guardian Ad Litem ("GAL") and paternal

2  grandmother, Terri Williams Park, who brings suit in her individual capacity and as successor-in-

3  interest to Decedent Jonas Alexander Park; and Terri Williams Park, who brings suit in her

4  individual capacity; and Defendants, Wellpath, LLC; Kip Hallman; Jorge Dominicis; Thomas

5  Pangburn, M.D.; Maria Magat, M.D.; Szilvia Molitorisz, M.D. Evelyn Hirsch, R.N.; Rajbinder

6  Mand, L.V.N.; Harvin Ferrer, R.N.; Rosalyn Williams, L.V.N.; Chisa Earl, L.V.N.; Hector Luz,

7  R.N.; Harpreet, K. Sidhu, L.V.N.; Jharana Shreesh, R.N.; H. Singh, R.N.; and Michell Tadeo,

8  L.V.N. (collectively referred to as "Wellpath Defendants"); and Defendants County of Alameda;

9  Gregory J. Ahern; Jennifer L. Sells; Marc R. Solopow; Leslie A. Gerbacio; Prentice J. Howard;

10 Reginal D. Aaron; Ruben Pola; Napoleon M. Terrell; and Karyn L. Tribble, PsyD, LCSW

11 (collectively referred to as "Alameda County Defendants"); all through their undersigned counsel

12 of record, and subject to the approval of the Court, stipulate as follows:

13                                   RECITALS

14    A.  At the initial case management conference, this Court explained that if served but non-

15        appearing Defendant Rosalyn Williams, L.V.N., does not appear and the claims against her

16        are not severed, or if she appears and does not consent to magistrate judge jurisdiction, the

17        case must be reassigned to a district judge. ECF No. 75.

18    B.  Since the initial case management conference, counsel for the Wellpath Defendants has

19        obtained consent from Rosalyn Williams, L.V.N., to represent her in this action. Counsel

20        for the Wellpath Defendants will file a notice of appearance for Ms. Williams on or before

21        November 30, 2022. Counsel for the Wellpath Defendants represent that Rosalyn

22        Williams, L.V.N.—and the other individual Wellpath Defendants—will file consents to

23        magistrate jurisdiction when they file their responsive pleading.

24                                  STIPULATION

25    Given the foregoing, the Parties respectfully submit that the need for the December 7,

26 2022, Case Management Conference has been obviated. Accordingly, the Parties respectfully

27

28

1  request that this Court continue the case-management conference set for December 7, 2022, to a

2  later date.

3                                    Respectfully submitted,

4

5  Dated: November 29, 2022          **THE LAW OFFICE OF SANJAY S. SCHMIDT**
                                     **-and-**
6                                    **HELM LAW OFFICE, PC**

7                                    _/s/ T. Kennedy Helm, IV_____
                                     By: T. Kennedy Helm, IV
8                                    Attorneys for Plaintiffs

9

10 Dated: November 29, 2022          **MEDICAL DEFENSE LAW GROUP**

11                                   _/s/ Paul A. Cardinale*_____
                                     By: Paul A. Cardinale
12                                   Attorneys for Wellpath Defendants

13

14 Dated: November 29, 2022          **EDRINGTON, SCHIRMER & MURPHY LLP**

15                                   _/s/ Timothy P. Murphy*_____
                                     By: Timothy P. Murphy
16                                   Attorneys for Alameda County Defendants

17 *Mr. Cardinale and Mr. Murphy each gave his consent that this document be filed via CM-ECF.

18

19                          **<u>ORDER AS MODIFIED</u>**

20        The Court, having considered the Parties' stipulation, and good cause appearing, rules as

21 follows:

22        The Court finds the Parties have shown good cause for the relief their Stipulation requests.

23        THEREFORE, the relief the parties request is GRANTED, and continues the further case

24 management conference to February 15, 2023 at 1:30 p.m.  in Oakland, by Videoconference

25 only.  Parties shall file an updated joint  case managemen conference statement by

26 February 8, 2023.

27

28  STIP. & ORD. TO CONTINUE FURTHER CMC
    _K.C. v. County of Alameda, et al._                                                    4
    Case No. 4:22-cv-01817-DMR

1

**IT IS SO ORDERED AS MODIFIED.**

2

3
Dated: November _30_, 2022

4

5



6

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. & ORDER TO CONTINUE FURTHER CMC
*K.C. v. County of Alameda, et al.*
Case No. 4:22-cv-01817-DMR

5